

FILED
12/27/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0520



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 21-0520

**FILED**

DEC 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MARRIAGE OF:

SCOTT A. ST. CLAIR,

      Petitioner and Appellee,

and

**GRANT OF EXTENSION**

CLARICE J. ST. CLAIR,

      Respondent and Appellant.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until January 31, 2022, to prepare, file, and serve the Appellant's brief.

DATED this December 27, 2021

Bowen Greenwood
Clerk of the Supreme Court

c:    David B. Gallik, Michelle H. Vanisko